IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SOLOMON R. GRAVES, JR.,

    Plaintiff,     JUDGMENT IN A CIVIL CASE

v.     12-cv-450-wmc

KEN ADLER, DALIA SULIENE,
ELLIOT WAGNER, K. ANDERSON,
FER SPRING, JOE REDA and
MICHAEL MEISNER,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Solomon R. Graves, Jr. leave to proceed and dismissing this case with prejudice for failure to state a claim upon which relief can be granted under 42 U.S.C. § 1983.

| /s/ | 8/7/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |